## 69194. LEMONS v. THE STATE.
(322 SE2d 521)

BANKE, Presiding Judge.

The defendant appeals his conviction of three counts of child molestation. *Held*:

1. The court did not err in excluding evidence that the defendant had offered to take a polygraph examination. See *Durham v. State*, 240 Ga. 203 (3) (240 SE2d 14) (1977).

2. The evidence was sufficient to enable a rational trier of fact to find the defendant guilty of all three offenses beyond a reasonable doubt. See generally *Crawford v. State*, 245 Ga. 89 (263 SE2d 131) (1980).

*Judgment affirmed. Pope and Benham, JJ., concur.*

DECIDED SEPTEMBER 20, 1984.

*Nicholas E. Bakatsas*, for appellant.

*Thomas J. Charron, District Attorney, Debra H. Bernes, Assistant District Attorney*, for appellee.